FILED
FEB 17 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Anthony Woods, Plaintiff(s)
(Full Name)

v.

City of Wagoner Et. al., Defendant(s)
Gordon Goins
Wagoner Police, Tony Ponds Sr.

Case No. 23CIV063JFH
(To be supplied by the Clerk)

**COMPLAINT**

A. **PARTIES**

1) Anthony Woods, is a citizen of Oklahoma
   (Plaintiff)                              (State)

   who presently resides at 408 South West 4th ST
   (mailing address, if different from residence)

2) Defendant City of Wagoner Et. al. is a citizen of
   (Name of first defendant)
   Wagoner, Oklahoma, and is employed
   (City, State)
   as _____.
   (Position and title, if any)

3) Defendant Wagoner Police Department is a citizen of
   (Name of second defendant)
   Wagoner Oklahoma, and is employed
   (City, State)
   as _____.
   (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

1   1                                                                                   (05/05)

4) Defendant Tony Pounds Sr. is a citizen of city (unknown) to plaintiff(f)) state of Oklahoma, and is employed as Assistant Chief of Police

5) Defendant Gordon Goins is a citizen of city (unknown) to plaintiff(ff) state of Oklahoma and employed as City Inspector, Code Enforcement

attachment

(1a)

(2)

B. **JURISDICTION**

1) Jurisdiction is asserted pursuant to United States Constitution 42 U.S.C. 1983

C. **NATURE OF CASE**

1) Briefly state the background of your case. I was arrested at my home for trespassing. The City of Wagoner has deemed my residence Abandoned, and 'Uninhabitable'. I wasn't provided any Notice, Hearing, No Proof. Taken to jail twice Never Provided any Discovery, or Judicial Hearing

D. **CAUSE OF ACTION**

I allege the following:

1: That the City of Wagoner Et. al. Gordon Goins, Wagoner P.D., Tony Ponds Sr, continually violated my 4th, 5th, 6th, 8th and 14th Amendment of U.S. Constitution

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

9/15/22 City of Wagoner Police Dept Tony Ponds, Gordon Goins deemed home uninhabitable. 9/25/22, 9/27/22 arrested without probable cause

2: Wagoner Police came in home without consent, arrested me. No search warrant. 1:15 A.M for violating the City's "Keep Out" order

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

9/27/22, I was at home in bed 3:20 a.m Wagoner P.D. came to my home arrested me

3. I've never was provided any Discovery in both matters. I never saw an attorney or a judge from 9/27/22 to 10/4/22. For a Misc.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

D.A. dismissed case lacked Probable Cause.

3                                                                  (05/05)

I was arrested on 9/25/22 at 1:18 am. While laying on my sofa, Wagoner Police came in my residence, arrested me for Trespassing.

I was told the City of Wagoner had deemed my residence abandon, condemned and Uninhabitable.

Again on 9/27/22 at or about 3:20 p.m. I in bed, police come again and arrest me, for Trespassing.

I was taken to the County Jail, where on 10/14/22 I was released. I never saw a Judge until that day.

I was informed there was no Probable Cause so the District Attorney did not file any charges.

I have NEVER been provided any Discovery showing me any challges from the City, Police, about Notices, Hearings.

I spent 9 days in jail without ANY supporting documents for my arrest.

My address has not changed. I still reside at 408 S.W. 4th ST Wagoner Oklahoma.

I went to the Local U.S. Post Office and was informed Notice my has been given to them (Documents from Wagoner) to delay or stop my mail.

(4)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief: A Jury Trial: that punitive damages, pain and suffering be applied, and Plaintiff be awarded 4,000,000.00 be awarded that amount

_____
Original Signature of Plaintiff

Current Address: 408 S.W. 4th St

Wagoner Oklahoma

Telephone: (539) 260-0409